

FILED
09 OCT 21 PM 12:48
MIDDLE DISTRICT COURT
OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

RONNIE GRIFFIN, et al.,

    Plaintiff,

Vs.                        Case No.  8:09 CV 1440-T-7376W

Hillsborough county Sheriff,

Tampa Police Department, et al.,

    Defendants,

### AMENDED

### COMPLAINT AND DEMAND FOR DAMAGES

COMES NOW RONNIE GRIFFIN PRO-SE WITH NO OTHER MEANS OTHER REPRESENTATION, The Plaintiff shall assert the folowing:

1. The plaintiff is a resident of Hillsborough county state of florida
2. The defendants reside, and are doing busines in Hillsborough county state of florida
3. The Middle district court has JURISDICTION under 42 U.S.C. 1964, 1983 and 1985,
4. U.S. constitution article 1, amendments 2nd 4th,5th,14th,..American.Disabilities.Act

### COUNT I

5. In violation of U.S. constitutional protections the defendant Hillsborough county sherriff office

6. On or about Dec. 3, 2008, arrested the plaintiff on false charges, seized his vehicle, and deputy

7. H. Bachmann illegally seized a 9mm- handgun and ammo for six months without consent or compensation for same In violation of U.S. constitution 2nd,5th,14th amendment rights. These

8. acts were done along With others todate in Retaliation for filing a lawsuit against the same in
9. 2000. The Defendants aforementioned allowed an unprecedented act to occur racially
10. based. An adult Caucasion James Goeb at armwood high school assaulted my son Brock Griffin
11. at the time a minor child. See **Board of the county commissioners of Bryan county, Oklahoma**
12. **v. Brown et al. , 117 S.Ct. 1382, 1388-1389, rhg denied Jones v. city of Chicago, 787 F.2d 200**
    **(7th cir 1986).**
13. Hillsborough county sherriff office sent a woman to write report however: in 2
14. -weeks she was on vacation and another officer took over report and unfairly, unjustly charge
15. my son with Battery to wit premeditated attempt to vastly cause harm,(this was done as
16. reverse discrimination). From that date to now the aforementioned
17. defendants have retaliated at will under color of law to criminalize the Plaintiff and family. The
18. acts were done to carry out illegal seizure of property And person,criminaliztion thru
19. overcharging, excessive bonds, denial of needed medicines, failure to protect, stalking.
20. plaintiff seeks redress and compensation for flagrant and arbitrary violations of civil rights
21. constitutional rights and seeks compensation,punitive damages and injuctive relief for the
    retaliatory actions herein stated as the facts.

## COUNT II

22. ON JULY 30 2009 Plaintiff file initial law suit against the Hillsborough county sheriff office a
23. retaliation took place when an Officer undispatched to the residence of Brock Griffin to
24. arrest Him, subsequentially assaulting him and a pregnant woman. Contrastly, he wrote a
25. false report stating Brock Griffin assaulted him (similar to 2000 Armwood High action),
26. The assault on Brock Griffin left scars and bruises, public
27. Humiliating and embarrassment done arbitrarly,intentionally, willfully, and with malice. To

28. create economic hardship on family and intentional infliction of emotional distress to wit to

29. cause harm, intimidate and threaten through discriminatory practice and policy as

30. aforementioned. See <u>Monell v. Dep't of social services of New York, 436 U.S. 658 (1978)</u>,

31. Wherefore the plaintiff seeks compensation, punitive damages and injunctive relief to curtail

32. criminalization under false prestenses see <u>Mapp v. Ohio, Terry v. Ohio also 1st,2nd, 4th,5th, and 14th amendment to the U.S. constitution, also 2000 jeep cherokee v. city of los Angeles</u>.

### COUNT III.

33. <u>Also</u> in Oct. 2009 the city of Tampa escalated their historic pattern of retaliation when officer

34. A. Pettit badge # 44417 without a warrant or just cause entered a home on Eskimo ave.

35. Sulphur springs shooting at Brice Griffin without a warrant <u>and seizing the occupants without

36. probable cause. Brice Griffin was charged $150,000.00 dollar bond</u> and is still in jail on

37. overcharges and this is the case. Both Hillsborough county sheriff office and city of Tampa

38. have used this criminalization practice and policy to retaliate against plaintiff and family todate

39. to wit to label criminalize create a permanent under class through systematic racism.

40. Contrastly, in 1999 a known person shot into my father Lee P. Griffin Sr. truck city of Tampa

41. Police were contacted refuse to arrest the perpetraitor, as a flagrant disregard for rights of

42. plaintiff and family and this due to plaintiffs political activism, and filing complaints. Wherefore

43. Tthe plaintiff seeks redress and injunctive relief by "habeous corpus" release of Brice Griffin

44. from illegal seizures. Plaintiff seeks compensation for redress, punitive damages, and

45. injunctive relief for retaliation and aforementionaned acts civil and constitutional rights. The

46. defendants caused embarrassment, humiliation **ECONOMIC HARDSHIP**, loss of liberty without

47. probable cause, obsessing and retaliation for being exhonerated of charges. See <u>Mapp v. Ohio

48. also <u>Terry v. Ohio, also ,1st,2nd,4th,$5^{8h}$and 14th amendment to the U.S. constitution</u>. And is

49. cruel and unusual 8th amendment. This is the affirmative link between unconstitutional

50. custom and policy and agreement between agencies. Prior to this act in 2009 Brice Griffin

51. was chased outside of the jurisdiction of City Tampa by tampa Police department where he

52. was beaten upon arrest by tampa police department.   Hillsborough county sheriff was present

53. at scene. Consequentially, took place in same vicinity where Ronnie Griffin was falsly arrest

54. by deputy Sheriff Officer Heinz Bachmann # 00535, The sheriff deputy actions were identical

55. to malicous prosecution the plaintiff was subjected  to by tampa police department on March

56. 18, 1994 case#93CF-01331-4 , 13th Judicial circuit court, the plaintiff was forced to a Jury trial

57. for first time prosecution to wit to criminallize. This has allowed the Tampa Police department

58. to continue retaliation for being exhonerated of Falsecharges. Further a , custom and policy is

59. accepted and acknoledged behavior toward plaintiff and family in overcharging with

60. crimes,bonds, taking of property.   which gives rise to this complaint and ongoing retaliation for

61. deprivation of property, liberty without Just compensation.

****************MEMORANDUM OF LAWS********************************

U.S. constitution amendments 1, 2$^{nd:\text{ right to bear arms}}$, 4th, 5th, 7th, 8th, 9$^{th\ :\text{No excessive fines and Bonds/ laws shallnot be construed to deprive of liberty}}$, 14$^{th\ \text{equal protection clause /Due process clause}}$

**42 U.S.C. 1983, 1985 amended**    also American with Disabilities act 1990 amended

**Mapp v. Ohio, Terry V. Ohio  also see 2000 Jeep Cherokee vs. City of Los Angeles**

**Hale v. State**-POLICE REPORT DEEMED FALSE also see **Florida Statute 790.19 (2003)** shoots at or within occupied building also see UNLAWFUL ACT :**State v. Noble 90 N.M. 360, 563 P.2d 1153, 1157** also **State v. hailey , 350 Mo. 300, 165 S.W. 422, 427** see also unconstitutional:-  See UNCLEAN HANDS DOCTRINE-**Shandell v. Mcdermott C.A., Ind, 775, F.2d 859,868.   Article 1.  9U.S. constitution, 28 U.S.C.A. 2241 et seq** See **Richardson v. Mcknight 521 U.S. 399 (1997)** also **Wilson v. Garcia 471 U.S. 261-275 (1985) ,McKinney v. Pate 2 F.3d 1550-1560 (11th Cir. 1994) also  National Board of american 860 F.2d 1022-1026 (11th cir 1988) also seeBivens vs. Six unknown named agents of the federal bureau of narcotics 403 U.S. 388 (1971) also see Kentucky v. Graham 473 U.S. 159-165 (1985)** government officials may be sued in official capacity.

**City of Oklahoma city v. Tuttle, 471 U.S.  808 (1985)** also *Williams* v. **Michigan dept. of state police 491 U.S.58 (1989). Memphis community school district v. Stachura, 477 U.S. 299-305 (1986) also Hafer v. Melo, 502 U.S. 25-31 (1991)** see sect II(ii) infra- for under color of law requirement

1983 "Ku Klux Klan"campaign of violence and deception in the south which was denying citezens their civil rights and political rights.

************************************************

62. The plaintiff demand a JURY TRIAL in accord with the 7th amendment to the U.S. constitution and any other relief o be granted i.e. Federal Tort claims Act, court appointed attorney,an any relief the court deems proper in this matter of great public importance.

63. **The plaintiff hereby sues the defendants for 1.5 million dollars jointly or severely for**

64. **unconstitutional deprivations acts herein complained and to be disclosed** . as failure to train its officers , and amounts to an deliberate indifference to an obvious need for such training, and the failure to train will likely result in employee making the wrong decision. The act hererin are concious shocking and arbitrary.

Wherefore plaintiff seeks compensation reparations for treasonous acts used as systematic form of discrimination to carry out retaliation on the plaintiff and family todate. The plaintiff has gone to Internal affairs on these agencies the F.B.I and others to remedy situatiop.Redress in State court preeceedings under Sam Pendino was denied and has allowd the defendants to act under the color of law to carry out aforementioned acts complained of herein as aggregous, outrageous acts failing to protect to overcharging abuse of power, violence and overt civil rights violations these acts are hate crimes . see " Klu Klux Klan act" police protected these terrorist covered under color of law, and this is thec ase. Plaintiff DEMAND for compensation an relief herein to be grnated .

_____
RONNIE GRIFFIN PRO-SE          OCT.    2009

**Certificate of service**

**I certify that a true copy of the foregoing was mailed by U.S. mail addressed as follows:**

-ZEBULON P. CHESHIRE, ESQ. 2008 E. 8TH AVE. TAMPA FLA.33601- Hills cty sheriff

-CHARLES R. FLETCHER /URSULA D. RICHARDSON 315 E. KENNEDY BLVD. TAMPA FLA. 33602-CITY TAMPA.

-MAYOR S OFFICE et al.,,
Tampa city hall
360 Jackson st.
Tampa Fla. 33602

| RONNIE GRIFFIN | [signature] | 21 | OCT. | 2009 |

12106 Hazen Ave. thonotosassa

Florida 33592